UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIMOTHY KYLE ABNEY,**

    **Petitioner,**

v.                                               **Case No. 5:22cv258-TKW-MAF**

**RICKY D. DIXON, Secretary, Florida
Department of Corrections,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16) and Petitioner's "Objections to Magistrate's Report and Motion to Consider Attached Previously Filed Reply" (Doc. 17).[1]  The Court reviewed the issues raised in the objections and the attached reply de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition should be denied without an

---

[1] Attached to this filing was a document titled "Reply to the Respondent's Answer to Petition for Writ of Habeas Corpus." *See* Doc. 17-1.  This document was apparently provided to prison officials for mailing on April 4, 2023, but it was never received by the Clerk because it is not on the docket and the Report and Recommendation states that "Petitioner has not filed a reply, although he had the opportunity to do so." *See* Doc. 16 at 5.

evidentiary hearing; that a certificate of appealability should be denied; and that leave to appeal in forma pauperis should be denied. Accordingly, it is

**ORDERED** that:

1. Petitioner's motion to accept previously filed reply is **GRANTED**, and the Court considered the arguments raised in the reply (Doc. 17-1) in its review of the magistrate judge's Report and Recommendation.

2. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

3. The §2254 habeas petition challenging the judgment in Bay County Case No. 2017-CF-693 is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. Leave to appeal in forma pauperis is **DENIED**.

6. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 18th day of March, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**